IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | ) ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 1:15-CV-0156-P-BL |
| | ) | |
| ELIDA MARTINEZ RANKIN, et al., | ) | |
| Defendants. | ) | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

On November 20, 2015, the assigned Magistrate Judge issued a Report and Recommendation (doc. 12) in which he recommends that the Court release and discharge Interpleader-Plaintiff UNUM Life Insurance Company of America ("UNUM") from this action and require Defendants to litigate their claims before this Court. No party has filed any objection to the recommendation. After reviewing the relevant filings, including the Report and Recommendation, in accordance with 28 U.S.C. § 636(b)(1), the undersigned is of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are accepted as the findings and conclusions of the Court. Accordingly, the Court **ACCEPTS** the Report and Recommendation (doc. 12), **RELEASES and DISCHARGES** UNUM from this action, and **DIRECTS** that Defendants will litigate their claims before this Court. UNUM will have no liability for the death benefit or accrued interest to any claimant in this action. UNUM has deposited the contested funds into the Court's registry.

**SIGNED this 25th day of January, 2016.**

_____
**JORGE A. SOLIS**
**UNITED STATES DISTRICT JUDGE**