IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

ABILENE DIVISION

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | |
| ELIDA MARTINEZ RANKIN and APRIL RANKIN, ) ) ) | |
| Defendants. ) | Civil Action No. 1:15-CV-156-C |

## ORDER

On this day, the Court considered Defendant Elida Rankin's Motion for Summary Judgment, filed September 30, 2016. The United States Magistrate Judge issued a Report and Recommendation on November 16, 2016, recommending that the motion be granted. Defendant April Rankin filed her Objection on December 1, 2016.

Because April's objection relied upon a new argument concerning the existence of a Qualified Domestic Relations Order (QDRO) that had not been presented to the Magistrate Judge, the Court ordered April to file a certified copy of the QDRO with the Court no later than January 13, 2017, at 3:00 p.m. April has failed to comply with that order, and the time to do so has now expired. Therefore, the Court finds April's objection to be without sufficient evidentiary support and is of the opinion that the objection should be **OVERRULED**.

Because April does not object on any other grounds and does not otherwise contest the Magistrate Judge's conclusion, the Court reviews the Report and Recommendation to determine whether it is clearly erroneous or contrary to law, and finds that it is not. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). It is, therefore, **ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court, and Defendant Elida Rankin's Motion for Summary Judgment is **GRANTED**.

SO ORDERED this 25th day of January, 2017.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE